# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39366**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Maverick R. MARCHESANI**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 19 July 2018

————————————

*Military Judge:* Jefferson B. Brown (arraignment); Brian D. Teter.

*Approved sentence:* Bad-conduct discharge, confinement for 30 days, forfeiture of all pay and allowances until release from confinement and thereafter forfeiture of $1,066.00 pay per month until appellate review is complete, and reduction to E-1. Sentence adjudged 15 September 2017 by GCM convened at Peterson Air Force Base, Colorado.

*For Appellant:* Lieutenant Colonel Garrett M. Condon, USAF; Captain Dustin J. Weisman, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Mary Ellen Payne, Esquire.

Before JOHNSON, MINK, and DENNIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a)

and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

JULIE L. ADAMS
Acting Deputy Clerk of the Court